**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Paul J. Bartolo                                             Case No. 8:04-bk-18294-CPM
Debtor(s)
_____/

---

**TRUSTEE'S FINAL REPORT AND ACCOUNTING**

---

Jon M. Waage, Chapter 13 Standing Trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee, that this estate has been fully administered. A Trustee's Final Report has been filed and proper disbursements completed. No funds or assets of the estate remain.

Therefore, pursuant to FRBP 5009, the Trustee requests that this final account be accepted, and that the Court order the case closed and discharge the Trustee of any further duties.

Dated March 16, 2007.

                                                                /s/ Jon M. Waage
                                                                Jon M. Waage
                                                                Chapter 13 Standing Trustee
                                                                P.O. Box 25001
                                                                Bradenton, FL  34206-5001
                                                                Phone (941) 747-4644
                                                                Fax (941) 750-9266

JMW/KJA

# United States Bankruptcy Court
## FOR THE
## Middle District of Florida

IN RE:    Paul J. Bartolo                                                  CASE No. 04-18294-8C3
           412 Jefferson Avenue
           Oldsmar, FL  34677

## FINAL REPORT AND ACCOUNT
DATED:  03/16/2007
Discharged Paid Out

Pursuant to Chapter 13 Rule 2015(a)(6), your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.  Copies of these detailed records have been filed with the Court, or are attached hereto, and as provided by Chapter 13 Rule 2015(a)(6) are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.        $14,950.00

| Claim Number | Creditor's Name | Classification | Amount Allowed | Amount Paid Principal | Amount Paid Interest | Balance Due |
|---|---|---|---|---|---|---|
| 001 | Wells Fargo Financial | Unsecured | 605.97 | 605.97 | 0.00 | 0.00 |
| 002 | Wells Fargo Home Mortgage, Inc. | Secured | 6,027.82 | 6,027.82 | 0.00 | 0.00 |
| 004 | Sherman Acquisition L.L.C. | Unsecured | 1,603.66 | 1,603.66 | 0.00 | 0.00 |
| 005 | eCast Settlement Corporation | Secured | 1,300.00 | 1,300.00 | 13.00 | -13.00 |
| 005 | eCast Settlement Corporation | Unsecured | 1,267.01 | 1,267.01 | 0.00 | 0.00 |
| 006 | Capital One | Unsecured | 1,120.39 | 1,120.39 | 0.00 | 0.00 |
| 511 | Peter D. Carratt, Esq. | Legal | 500.00 | 500.00 | 0.00 | 0.00 |
| 512 | Peter D. Carratt, Esq. | Legal | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| 999 | Paul J. Bartolo | Debtor Refund | 0.00 | 534.83 | 0.00 | 0.00 |

                                                                                   Interest             $13.00
                                                                                   Trustee Commission     $977.32

Attorney                         : Peter D. Carratt, Esq.                 Total Disbursements     $14,950.00
Date Filed                      : 9/17/2004
Date Confirmed          : 4/27/2005
Date Terminated         : 03/16/2007
Percent Paid Unsecured   : 100.00

                                                                       /s/ Jon M. Waage
                                                                            TRUSTEE

Case Status Report
Tampa Division Jon M. Waage, Chapter 13 Standing Trustee
Status of Case as of    03/16/2007   12:35 PM
Discharged Paid Out on 03/16/2007 - Final Rpt

Page   1
Chapter 13

**04-18294-8-C**

Paul J. Bartolo

412 Jefferson Avenue

Oldsmar FL 34677

Debtor Type:

Atty: Peter D. Carratt, Esq.
(813)876-3328
Discharged Paid Out
Emplyr:

**-2 Rmng of 26 Mos. @ $575.00 /mo.**
Percent Pay Uns    100
SSN: xxx-xx-3351  xxx-xx-
Debtor Plan Payment: $575.00 / M

----- Last 6 Payments -----

| | | | | | | |
|---|---|---|---|---|---|---|
| Filed | 09/17/2004 | 12/18/2006 | $575.00 | 9/18/2006 | $575.00 | Total Paid In  $14,950.00 |
| First Mtg | 10/26/2004 | 11/17/2006 | $575.00 | 8/18/2006 | $575.00 | |
| Confirmed | 04/27/2005 | 10/17/2006 | $575.00 | 7/17/2006 | $575.00 | |
| Plan Filed | | | | | | |
| Start Pmts | 11/17/2004 | | | | | |
| Bar Date | 01/24/2005 | | | | | |

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells Fargo Financial | WELLSFARG8 | | 001-0 | 1/23/2007 | Uns | | | 75 | $605.97 | $605.97 | $605.97 | | $0.00 100.00 |
| Wells Fargo Home Mortgage, Inc | WELLS 405 | | 002-0 | 3/21/2006 | Sec A | | | 22 | $6,027.82 | $6,027.82 | $82,238.08 | | $0.00 |
| Sherman Acquisition L.L.C. | SHERMANACQ | | 004-0 | 1/23/2007 | Uns | | | 75 | $1,603.66 | $1,603.66 | $1,603.66 | | $0.00 100.00 |
| eCast Settlement Corporation | ECAST2 | | 005-0 | 5/25/2005 | Sec | 12.00 | | 20 | $1,300.00 | $1,300.00 | $1,300.00 | $13.00 | $0.00 |
| eCast Settlement Corporation | ECAST2 | | 005-1 | 1/23/2007 | Uns | | | 75 | $1,267.01 | $1,267.01 | $1,267.01 | | $0.00 100.00 |
| Capital One | CAPITAL ON | | 006-0 | 1/23/2007 | Uns | | | 75 | $1,120.39 | $1,120.39 | $1,120.39 | | $0.00 100.00 |
| Peter D. Carratt, Esq. | CARRATT,P. | | 511-0 | 5/25/2005 | Lgl | | | 05 | $500.00 | $500.00 | $1,500.00 | | $0.00 |
| Peter D. Carratt, Esq. | CARRATT,P. | | 512-0 | 1/23/2007 | Lgl | | | 06 | $1,000.00 | $1,000.00 | $2,500.00 | | $0.00 |
| | | | 999-0 | 1/23/2007 | Rfd X | | | 89 | $0.00 | $534.83 | | | $0.00 |
| Jon M. Waage, Trustee Commissi | TRSJMW | | TRS-0 | 1/23/2007 | Tru | | | 00 | $977.32 | $977.32 | | | $0.00 |

| | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $14,402.17 | $14,937.00 | | $13.00 |
| Total Debt | $7,327.82 | $0.00 | $4,597.03 | $0.00 | $1,500.00 | $0.00 | $0.00 | Amount Available | | $0.00 |
| Total Paid | $7,327.82 | $0.00 | $4,597.03 | $0.00 | $1,500.00 | $0.00 | $1,512.15 | Funds Held | | $0.00 |
| Total Int Pd | $13.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | Principal Balance | | $0.00 |
| Balance Due | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | ($534.83) | Delinquent | | $0.00 |

| Entered | Action | Clm Code | ---- Case Notes ---- |
|---|---|---|---|
| 01/29/07 | | | DISCHARGE DATE: 1/25/07-LC |
| 01/24/07 | 01/24/07 | TM | Notice of Completion submitted 1/24/07 |
| 01/10/07 | | | Case reviewed for completion (PAYS 100%) |
| 12/28/06 | | | TERMINATED AUTO DEBIT 12/28/06 (CASE COMPLETE PENDING AUDIT)-dll |
| 05/02/05 | | | Transferred $ 3,450.00 to Confirmed Money on 5/2/2005 |
| 04/27/05 | | | (or longer to pay uns. 100%) |
| 04/26/05 | 04/26/05 | OC | Sub. OCP |
| 11/09/04 | | CP | 11/09/2004 Automatic payment starting 11/17/04 |
| 11/02/04 | | FV | 11/02/2004 Favorable Praecipe filed |
| 10/18/04 | | | Rec'd New Auto Debit Form 10/18/04 |
| 10/06/04 | | PC | 10/06/2004 PCO submitted |

## Case Status Report - Receipts History

Page 2
Chapter 13

**04-18294-C**

Paul J. Bartolo
412 Jefferson Avenue
Oldsmar FL 34677

Status as of 3/16/2007

Atty: Peter D. Carratt, Esq.
Discharged Paid Out
First Pmt Date  11/17/2004  Delinquent  $0.00

-2 Rmng of 26 Mos.
Payment:  $575.00  Per  M

| Check | Batch Id | Date | Amount Paid | Src | Type | Description | Employer |
|---|---|---|---|---|---|---|---|
| | 06120016 | 12/18/2006 | $575.00 | ET | Electronic Xfer | | |
| | 06110027 | 11/17/2006 | $575.00 | ET | Electronic Xfer | | |
| | 06100019 | 10/17/2006 | $575.00 | ET | Electronic Xfer | | |
| | 06090022 | 9/18/2006 | $575.00 | ET | Electronic Xfer | | |
| | 06080027 | 8/18/2006 | $575.00 | ET | Electronic Xfer | | |
| | 06070018 | 7/17/2006 | $575.00 | ET | Electronic Xfer | | |
| | 06060023 | 6/19/2006 | $575.00 | ET | Electronic Xfer | | |
| | 06050021 | 5/17/2006 | $575.00 | ET | Electronic Xfer | | |
| | 06040019 | 4/17/2006 | $575.00 | ET | Electronic Xfer | | |
| | 06030022 | 3/17/2006 | $575.00 | ET | Electronic Xfer | | |
| | 06020020 | 2/17/2006 | $575.00 | ET | Electronic Xfer | | |
| | 06010022 | 1/17/2006 | $575.00 | ET | Electronic Xfer | | |
| | 05120028 | 12/19/2005 | $575.00 | ET | Electronic Xfer | | |
| | 05110021 | 11/17/2005 | $575.00 | ET | Electronic Xfer | | |
| | 05100023 | 10/17/2005 | $575.00 | ET | Electronic Xfer | | |
| | 05090028 | 9/19/2005 | $575.00 | ET | Electronic Xfer | | |
| | 05080025 | 8/17/2005 | $575.00 | ET | Electronic Xfer | | |
| | 05070020 | 7/18/2005 | $575.00 | ET | Electronic Xfer | | |
| | 05060031 | 6/17/2005 | $575.00 | ET | Electronic Xfer | | |
| | 05050046 | 5/27/2005 | $575.00 | ET | Electronic Xfer | | |
| | 05040032 | 4/18/2005 | $575.00 | ET | Electronic Xfer | | |
| | 05030331 | 3/17/2005 | $575.00 | ET | Electronic Xfer | | |
| | 05020033 | 2/17/2005 | $575.00 | ET | Electronic Xfer | | |
| | 05010024 | 1/18/2005 | $575.00 | ET | Electronic Xfer | | |
| | 04120035 | 12/17/2004 | $575.00 | ET | Electronic Xfer | | |
| | 04110053 | 11/17/2004 | $575.00 | ET | Electronic Xfer | | |

Total  $14,950.00

## Case Status Report - Disburse History

Status as of 3/16/2007

04-18294-C  Paul J. Bartolo
412 Jefferson Avenue
Oldsmar FL 34677

Atty: Peter D. Carratt, Esq.
Discharged Paid Out

| Clm Num | Date | Name | Check# | Principal | Int Pd | Total Paid | R | Type |
|---|---|---|---|---|---|---|---|---|
| 001- 0 | 1/23/2007 | Wells Fargo Financial | 487470 | $49.25 | $0.00 | $49.25 | | Y |
| 001- 0 | 12/13/2006 | Wells Fargo Financial | 485131 | $57.50 | $0.00 | $57.50 | | Y |
| 001- 0 | 10/25/2006 | Wells Fargo Financial | 481550 | $64.09 | $0.00 | $64.09 | | Y |
| 001- 0 | 10/5/2006 | Wells Fargo Financial | 479686 | $57.49 | $0.00 | $57.49 | | Y |
| 001- 0 | 8/23/2006 | Wells Fargo Financial | 476433 | $66.94 | $0.00 | $66.94 | | Y |
| 001- 0 | 7/25/2006 | Wells Fargo Financial | 474106 | $66.93 | $0.00 | $66.93 | | Y |
| 001- 0 | 6/20/2006 | Wells Fargo Financial | 471778 | $66.93 | $0.00 | $66.93 | | Y |
| 001- 0 | 5/23/2006 | Wells Fargo Financial | 469524 | $65.22 | $0.00 | $65.22 | | Y |
| 001- 0 | 4/25/2006 | Wells Fargo Financial | 467212 | $65.22 | $0.00 | $65.22 | | Y |
| 001- 0 | 3/21/2006 | Wells Fargo Financial | 464810 | $46.40 | $0.00 | $46.40 | | Y |
| | | | | $605.97 | $0.00 | $605.97 | | |
| 002- 0 | 3/21/2006 | Wells Fargo Home Mortgage, Inc. | 464797 | $142.88 | $0.00 | $142.88 | | Y |
| 002- 0 | 2/23/2006 | Wells Fargo Home Mortgage, Inc. | 462598 | $474.69 | $0.00 | $474.69 | | Y |
| 002- 0 | 1/24/2006 | Wells Fargo Home Mortgage, Inc. | 460248 | $474.68 | $0.00 | $474.68 | | Y |
| 002- 0 | 12/22/2005 | Wells Fargo Home Mortgage, Inc. | 457993 | $474.69 | $0.00 | $474.69 | | Y |
| 002- 0 | 11/22/2005 | Wells Fargo Home Mortgage, Inc. | 455750 | $474.69 | $0.00 | $474.69 | | Y |
| 002- 0 | 10/25/2005 | Wells Fargo Home Mortgage, Inc. | 453424 | $474.69 | $0.00 | $474.69 | | Y |
| 002- 0 | 8/24/2005 | Wells Fargo Home Mortgage, Inc. | 449096 | $532.45 | $0.00 | $532.45 | | Y |
| 002- 0 | 7/25/2005 | Wells Fargo Home Mortgage, Inc. | 446619 | $532.45 | $0.00 | $532.45 | | Y |
| 002- 0 | 6/23/2005 | Wells Fargo Home Mortgage, Inc. | 444183 | $1,064.90 | $0.00 | $1,064.90 | | Y |
| 002- 0 | 5/25/2005 | Wells Fargo Home Mortgage, Inc. | 441633 | $1,381.70 | $0.00 | $1,381.70 | | Y |
| | | | | $6,027.82 | $0.00 | $6,027.82 | | |
| 004- 0 | 1/23/2007 | Sherman Acquisition L.L.C. | 487432 | $130.35 | $0.00 | $130.35 | | Y |
| 004- 0 | 12/13/2006 | Sherman Acquisition L.L.C. | 484875 | $152.16 | $0.00 | $152.16 | | Y |
| 004- 0 | 10/25/2006 | Sherman Acquisition L.L.C. | 481335 | $169.61 | $0.00 | $169.61 | | Y |
| 004- 0 | 10/5/2006 | Sherman Acquisition L.L.C. | 479433 | $152.16 | $0.00 | $152.16 | | Y |
| 004- 0 | 8/23/2006 | Sherman Acquisition L.L.C. | 476154 | $177.13 | $0.00 | $177.13 | | Y |
| 004- 0 | 7/25/2006 | Sherman Acquisition L.L.C. | 473810 | $177.12 | $0.00 | $177.12 | | Y |
| 004- 0 | 6/20/2006 | Sherman Acquisition L.L.C. | 471505 | $177.13 | $0.00 | $177.13 | | Y |
| 004- 0 | 5/23/2006 | Sherman Acquisition L.L.C. | 469252 | $172.62 | $0.00 | $172.62 | | Y |
| 004- 0 | 4/25/2006 | Sherman Acquisition L.L.C. | 466929 | $172.61 | $0.00 | $172.61 | | Y |
| 004- 0 | 3/21/2006 | Sherman Acquisition L.L.C. | 464545 | $122.77 | $0.00 | $122.77 | | Y |
| | | | | $1,603.66 | $0.00 | $1,603.66 | | |
| 005- 0 | 5/25/2005 | eCast Settlement Corporation | 440497 | $1,300.00 | $13.00 | $1,313.00 | | Y |
| | | | | $1,300.00 | $13.00 | $1,313.00 | | |
| 005- 1 | 1/23/2007 | eCast Settlement Corporation | 487352 | $102.98 | $0.00 | $102.98 | | Y |
| 005- 1 | 12/13/2006 | eCast Settlement Corporation | 484146 | $120.23 | $0.00 | $120.23 | | Y |
| 005- 1 | 10/25/2006 | eCast Settlement Corporation | 480674 | $134.00 | $0.00 | $134.00 | | Y |
| 005- 1 | 10/5/2006 | eCast Settlement Corporation | 478705 | $120.22 | $0.00 | $120.22 | | Y |
| 005- 1 | 8/23/2006 | eCast Settlement Corporation | 475328 | $139.94 | $0.00 | $139.94 | | Y |
| 005- 1 | 7/25/2006 | eCast Settlement Corporation | 472983 | $139.94 | $0.00 | $139.94 | | Y |
| 005- 1 | 6/20/2006 | eCast Settlement Corporation | 470751 | $139.95 | $0.00 | $139.95 | | Y |
| 005- 1 | 5/23/2006 | eCast Settlement Corporation | 468442 | $136.37 | $0.00 | $136.37 | | Y |
| 005- 1 | 4/25/2006 | eCast Settlement Corporation | 466027 | $136.38 | $0.00 | $136.38 | | Y |
| 005- 1 | 3/21/2006 | eCast Settlement Corporation | 463767 | $97.00 | $0.00 | $97.00 | | Y |
| | | | | $1,267.01 | $0.00 | $1,267.01 | | |
| 006- 0 | 1/23/2007 | Capital One | 487271 | $91.07 | $0.00 | $91.07 | | Y |
| 006- 0 | 12/13/2006 | Capital One | 483881 | $106.30 | $0.00 | $106.30 | | Y |
| 006- 0 | 10/25/2006 | Capital One | 480426 | $118.50 | $0.00 | $118.50 | | Y |
| 006- 0 | 10/5/2006 | Capital One | 478435 | $106.31 | $0.00 | $106.31 | | Y |
| 006- 0 | 8/23/2006 | Capital One | 475021 | $123.74 | $0.00 | $123.74 | | Y |
| 006- 0 | 7/25/2006 | Capital One | 472664 | $123.76 | $0.00 | $123.76 | | Y |
| 006- 0 | 6/20/2006 | Capital One | 470472 | $123.74 | $0.00 | $123.74 | | Y |
| 006- 0 | 5/23/2006 | Capital One | 468134 | $120.60 | $0.00 | $120.60 | | Y |
| 006- 0 | 4/25/2006 | Capital One | 465700 | $120.60 | $0.00 | $120.60 | | Y |
| 006- 0 | 3/21/2006 | Capital One | 463471 | $85.77 | $0.00 | $85.77 | | Y |
| | | | | $1,120.39 | $0.00 | $1,120.39 | | |
| 511- 0 | 5/25/2005 | Peter D. Carratt, Esq. | 440224 | $500.00 | $0.00 | $500.00 | | Y |
| | | | | $500.00 | $0.00 | $500.00 | | |
| 512- 0 | 1/23/2007 | Peter D. Carratt, Esq. | 487274 | $200.00 | $0.00 | $200.00 | | Y |

Case Status Report - Disburse History

Status as of 3/16/2007

Page 4
Chapter 13

04-18294-C   Paul J. Bartolo
             412 Jefferson Avenue
             Oldsmar FL 34677

Atty: Peter D. Carratt, Esq.
Discharged Paid Out

| Clm Num | Date | Name | Check# | Principal | Int Pd | Total Paid | R | Type |
|---|---|---|---|---|---|---|---|---|
| 512- 0 | 12/13/2006 | Peter D. Carratt, Esq. | 483899 | $100.00 | $0.00 | $100.00 | | Y |
| 512- 0 | 10/25/2006 | Peter D. Carratt, Esq. | 480445 | $50.00 | $0.00 | $50.00 | | Y |
| 512- 0 | 10/5/2006 | Peter D. Carratt, Esq. | 478456 | $100.00 | $0.00 | $100.00 | | Y |
| 512- 0 | 8/23/2006 | Peter D. Carratt, Esq. | 475041 | $50.00 | $0.00 | $50.00 | | Y |
| 512- 0 | 7/25/2006 | Peter D. Carratt, Esq. | 472686 | $50.00 | $0.00 | $50.00 | | Y |
| 512- 0 | 6/20/2006 | Peter D. Carratt, Esq. | 470492 | $50.00 | $0.00 | $50.00 | | Y |
| 512- 0 | 5/23/2006 | Peter D. Carratt, Esq. | 468154 | $50.00 | $0.00 | $50.00 | | Y |
| 512- 0 | 4/25/2006 | Peter D. Carratt, Esq. | 465723 | $50.00 | $0.00 | $50.00 | | Y |
| 512- 0 | 3/21/2006 | Peter D. Carratt, Esq. | 463491 | $50.00 | $0.00 | $50.00 | | Y |
| 512- 0 | 2/23/2006 | Peter D. Carratt, Esq. | 461191 | $50.00 | $0.00 | $50.00 | | Y |
| 512- 0 | 1/24/2006 | Peter D. Carratt, Esq. | 458835 | $50.00 | $0.00 | $50.00 | | Y |
| 512- 0 | 12/22/2005 | Peter D. Carratt, Esq. | 456600 | $50.00 | $0.00 | $50.00 | | Y |
| 512- 0 | 11/22/2005 | Peter D. Carratt, Esq. | 454357 | $50.00 | $0.00 | $50.00 | | Y |
| 512- 0 | 10/25/2005 | Peter D. Carratt, Esq. | 451867 | $50.00 | $0.00 | $50.00 | | Y |
| | | | | $1,000.00 | $0.00 | $1,000.00 | | |
| 999- 0 | 1/23/2007 | Paul J. Bartolo | 487325 | $534.83 | $0.00 | $534.83 | | Y |
| | | | | $534.83 | $0.00 | $534.83 | | |
| TRS- 0 | 1/23/2007 | Jon M. Waage, Trustee Commission | 487454 | $41.52 | $0.00 | $41.52 | | Y |
| TRS- 0 | 12/13/2006 | Jon M. Waage, Trustee Commission | 485011 | $38.81 | $0.00 | $38.81 | | Y |
| TRS- 0 | 10/25/2006 | Jon M. Waage, Trustee Commission | 481446 | $38.81 | $0.00 | $38.81 | | Y |
| TRS- 0 | 10/5/2006 | Jon M. Waage, Trustee Commission | 479569 | $38.81 | $0.00 | $38.81 | | Y |
| TRS- 0 | 8/23/2006 | Jon M. Waage, Trustee Commission | 476307 | $17.25 | $0.00 | $17.25 | | Y |
| TRS- 0 | 7/25/2006 | Jon M. Waage, Trustee Commission | 473973 | $17.25 | $0.00 | $17.25 | | Y |
| TRS- 0 | 6/20/2006 | Jon M. Waage, Trustee Commission | 471656 | $17.25 | $0.00 | $17.25 | | Y |
| TRS- 0 | 5/23/2006 | Jon M. Waage, Trustee Commission | 469399 | $30.19 | $0.00 | $30.19 | | Y |
| TRS- 0 | 4/25/2006 | Jon M. Waage, Trustee Commission | 467092 | $30.19 | $0.00 | $30.19 | | Y |
| TRS- 0 | 3/21/2006 | Jon M. Waage, Trustee Commission | 464696 | $30.19 | $0.00 | $30.19 | | Y |
| TRS- 0 | 2/23/2006 | Jon M. Waage, Trustee Commission | 462497 | $50.31 | $0.00 | $50.31 | | Y |
| TRS- 0 | 1/24/2006 | Jon M. Waage, Trustee Commission | 460142 | $50.31 | $0.00 | $50.31 | | Y |
| TRS- 0 | 12/22/2005 | Jon M. Waage, Trustee Commission | 457883 | $50.31 | $0.00 | $50.31 | | Y |
| TRS- 0 | 11/22/2005 | Jon M. Waage, Trustee Commission | 455645 | $50.31 | $0.00 | $50.31 | | Y |
| TRS- 0 | 10/25/2005 | Jon M. Waage, Trustee Commission | 453309 | $50.31 | $0.00 | $50.31 | | Y |
| TRS- 0 | 8/24/2005 | Jon M. Waage, Trustee Commission | 448980 | $42.55 | $0.00 | $42.55 | | Y |
| TRS- 0 | 7/25/2005 | Jon M. Waage, Trustee Commission | 446507 | $42.55 | $0.00 | $42.55 | | Y |
| TRS- 0 | 6/23/2005 | Jon M. Waage, Trustee Commission | 444069 | $85.10 | $0.00 | $85.10 | | Y |
| TRS- 0 | 5/25/2005 | Jon M. Waage, Trustee Commission | 441529 | $255.30 | $0.00 | $255.30 | | Y |
| | | | | $977.32 | $0.00 | $977.32 | | |
| | | Grand Total | | $14,937.00 | $13.00 | $14,950.00 | | |